FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO.  DA 23-0026

|  |  |  |
|---|---|---|
| STATE OF MONTANA | ) | |
|        Plaintiff/Appellee, | ) | ORDER GRANTING MOTION |
| vs. | ) | TO WITHDRAW MOTION TO |
| | **)** | STAY APPEAL |
| | ) | |
| THOMAS WOJTOWICZ, | ) | |
|        Defendant/Appellant. | ) | |

Upon review of the Defendant/Appellant's Unopposed Motion to withdraw the Opposed Motion to Stay Appeal and Remand for Motion for New Trial, and good cause therefrom;

IT IS HEREBY ORDERED Defendant/Appellant's to Withdraw his Motion to Stay Appeal is granted.  Appellant's reply brief  remains due February 29, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW

_____
Bowen Greenwood, Clerk of the Supreme Court

cc: Jami Rebsom
    Brad Fjeldheim

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024